IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COREY GIBBS,

    *Plaintiff,*

v.

CITY OF PHILADELPHIA, et al.,

    *Defendants.*

CIVIL ACTION
NO. 25-2810

## ORDER

**AND NOW**, this 9th day of September 2025, upon consideration of the Motion to Dismiss by Defendants' Tracy Byard, Thorsten Lucke, Ohmarr Jenkins, John Verrecchio and Thomas Gaul (Dkt. No. 8) and Plaintiff's Response in Opposition (Dkt. No. 19), it is **ORDERED** that the Motion is **GRANTED**:

1. Plaintiff's claims under 42 U.S.C. § 1983 against Defendants for fabrication of evidence, malicious prosecution and *Brady* violations; and his claims under state law against Defendants for malicious prosecution, civil conspiracy and intentional infliction of emotional distress are **DISMISSED without prejudice**.

2. Plaintiff's claims under 42 U.S.C. § 1983 against Defendants for Fourteenth Amendment malicious prosecution and failure to intervene to prevent malicious prosecution and deprivation of liberty; and his official capacity claims against Defendants are **DISMISSED with prejudice**.

3. Plaintiff may amend his Complaint, consistent with the accompanying Memorandum, on or before October 9, 2025.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.