**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Sherman McCoy,<br><br>        *Plaintiff,*<br><br>  v.<br><br>City of Philadelphia, et al.,<br><br>        *Defendants.* | CIVIL ACTION<br>NO. 21-1458<br>Lead Case |
| Jamaal Simmons,<br><br>        *Plaintiff,*<br><br>  v.<br><br>City of Philadelphia, et al.,<br><br>        *Defendants.* | CIVIL ACTION<br>NO. 19-1648 |
| James Frazier,<br><br>        *Plaintiff,*<br><br>  v.<br><br>City of Philadelphia, et al.,<br><br>        *Defendants.* | CIVIL ACTION<br>NO. 19-1692 |
| Arkel Garcia,<br><br>        *Plaintiff,*<br><br>  v.<br><br>City of Philadelphia, et al.,<br><br>        *Defendants.* | CIVIL ACTION<br>NO. 21-2884 |

Marvin Hill,

    *Plaintiff,*

  v.

City of Philadelphia, et al.,

    *Defendants.*

CIVIL ACTION
NO. 23-1002

Rafiq Dixon,

    *Plaintiff,*

  v.

City of Philadelphia, et al.,

    *Defendants.*

CIVIL ACTION
NO. 23-1650

Dwayne Handy,

    *Plaintiff,*

  v.

City of Philadelphia, et al.,

    *Defendants.*

CIVIL ACTION
NO. 24-1905

Curtis Kingwood,

    *Plaintiff,*

  v.

City of Philadelphia, et al.,

    *Defendants.*

CIVIL ACTION
NO. 24-4681

| | |
|---|---|
| Ronald Thomas,<br><br>    *Plaintiff,*<br><br>  v.<br><br>City of Philadelphia, et al.,<br><br>    *Defendants.* | CIVIL ACTION<br>NO. 24-4914 |
| Donta Regusters,<br><br>    *Plaintiff,*<br><br>  v.<br><br>City of Philadelphia, et al.,<br><br>    *Defendants.* | CIVIL ACTION<br>NO. 25-865 |
| Corey Gibbs,<br><br>    *Plaintiff,*<br><br>  v.<br><br>City of Philadelphia, et al.,<br><br>    *Defendants.* | CIVIL ACTION<br>NO. 25-2810 |
| Neftali Velazquez,<br><br>    *Plaintiff,*<br><br>  v.<br><br>City of Philadelphia, et al.,<br><br>    *Defendants.* | CIVIL ACTION<br>NO. 25-3720 |

## ORDER

**AND NOW**, this 25th day of June, 2026, upon consideration of the plaintiffs'

Motion for Reconsideration (Dkt. No. 183), the City's response (Dkt. No. 185), the

plaintiffs' reply (Dkt. No. 188) and the plaintiffs' post-briefing submission (Dkt.

No. 192), it is **ORDERED** the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.